IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Warren Easley
  Plaintiff

v.

Lt Vogt, et. al

No

1:23-CV-1096

Honorable Judge

FILED SCRANTON
JUN 30 2023
PER ____
DEPUTY CLERK

## Complaint with Jury Demand.

### Introduction

This is a civil rights action filed by Warren Easley, a state Prisoner, for damages and injunctive relief under 42 U.S.C. § 1983, alleging Retaliation, Denial of exercise, Access to courts in violation of 8th amendment and 1st amendment to the united states constitution.

### Jurisdiction

1. The court has jurisdiction over the plaintiffs claims of violation of Federal constitutional rights under 42 U.S.C. §§ 1331(1) and 1343.

### Parties.

1. The plaintiff, Warren Easley was incarcerated at S.C.I. Rockview during the events described in this complaint.

3. Defendant LT. Vogt (lieutenant) is a LT at S.C.I. Rockview during the events described in this complaint. They are sued in their individual and official capacity

4. Miller is a unit manager at S.C.I. Rockview during the events described in this complaint. They are sued in their individual and official capacity.

5. SGT Carper is a sergeant at S.C.I. Rockview during they events described in this complaint. They are sued in their individual and official capacity.

6. Richards is a correctional officer at S.C.I. Rockview during the events described in this complaint. They are sued in their individual and official capacity.

7. Nicky Paul is the superintendent assistant / Grievance Coordinator at S.C.I. Rockview during the events described in this complaint. They are sued in their individual and official capacity.

8. Solomon is the superintendent ~~~~~~~~ at S.C.I. Rockview during the events described in this complaint. They are sued in their individual and official capacity.

## Facts

9, 6-17-23 Plantiff took a covid-19 test in order to recieve surgery.

10, 6-14-23 Plantiff was told his covid-19 test came back negative

11, Plantiff is pro-se on Easley v. Wetzel No 1:21-CV-0251 in which was sent discovery in suit in May.

### Denial of exercise/Denial of access to courts, Retaliation

12, 6-17-23 Defendant richards iterated to plantiff that defendants miller, vogt, carper had a meeting and stated plantiff will not be allowed to leave his cell at all due to quarintined.

13, 6-13-23 Plantiff spoke to defendant miller regarding plantiff going to yard, law library in which defendant miller stated "You are qaurintined you get nothing" Plantiff iterated yard is a right in which Defendant miller stated "Grievances is the reason your not coming out now litigator sue me."

14, 6-13-23 Plantiff attempted to speak to SGT carper regarding plantiff yard and law library in which Defendant carper stated "Easley you gets nothing. shoulda

3 of 7

thought about that before you started to file grievances on us."

15. 6-14-23 plantiff attempted to speak to a Deputy and major regarding plantiffs yard in which defendant Vogt over talked plantiff stating "Easley always cryn always filing grievances which prevents him from moving along in program or going to yard."

16. 6-15-23 Plantiff attempted to go to yard in which C.O. Scrovec said "SGT carper is still saying no"

17. 6-16-23 Plantiff spoke to consuler miranioa about yard in which he was told by unit manager miller / Lt vogt Plantiff will be tooken to yard when it can be scheldued."

18. 6-16-23 Plantiff went out for surgery

19. From 6-18-23 to date plantiff has been denied yard and access to the law library by defendants carper, miller, vogt and richards.

20. 6-24-23 defendant richards told plantiff "miller and vogt to carper that you dont go to yard or law library until you go 7 weeks without filing a grievance.

21. 6-27-23 Plantiff filed 3 grievances.

22. Plantiff is suffering due to mental health issues he has dealt with his whole life in which he is currently on medication on.

23. Plantiff utulizes the exercise to relieve stress and depression. At this point Plantiff has been denied yard for 14 days. Along with the mini law library.

24. Plantiff cannot litigate Pro-se without the law library.

25. Plantiff is injured mentally, physically and legally due to defendants tactics.

26. 6-23-23 Plantiff was on the way to speak to a outside doctor in which Defendant miller stated " hows no yard been working for you? You play we play"

27. 6-24-23 and 6-25-23 Plantiff aimed to go to yard in which defendant Richards stated "you have to settle all this grievance bullshit out with Vogt. He said you still dont go to yard its nothing personal"

5 of 7

28. Defendants Nicky Paul and Solomon is well aware plaintiff is Pro-se and has a substantial amount of discovery.

29. Defendants has received plaintiffs discovery in middle of may, over a month ago. Plaintiff has aimed to review discovery countless of times to no avail. Please see exhibit # 1, 2, 3 and 4.

30. <u>Exhaustion of Remedies.</u>
This is complaint is paired with T.R.O./Preliminary injunction as Plaintiff suffer irreparable harm. Plaintiff has aimed to exhaust his remedies to the best of his ability.

31. <u>Claims For relief.</u>
A. The actions of all defendants unjustified and a violation of constitution.

B. Request a outside source to investigate defendants actions and retaliation tactics.

C. Request plaintiff provided a mental health evaluation from a Dr. outside the D.O.C.

D. declare acts, actions, or emissions of each individual unconstitutional.

6 of 7

E. Issue injunctive relief sufficient to rectify the unconstitutional policies, procedures, acts and omissions complained of herein and provide oversight.

F. Request immediate follow up investigation by U.S. Department of Justice.

G. Order psychological/physical evaluation and diagnosis of plaintiff at defendants expense.

H. Award plaintiff 600,000 (six hundred thousand) in compensatory damages.

I. Request appointment of counsel.

J. Award plaintiff punitive damages, Attorney Fees and any other relief this court deems proper and just.

### Verification

I, Warren Easley hereby verifies that the foregoing statements within this complaint are true and correct to the best of my personal knowledge of belief.

6-26-23

Warren Easley KA1544
S.C.F. Rockview
Box A
1 Rockview Place
Bellefonte PA 16823

US POSTAGE PITNEY BOWES
ZIP 16823
02 4W
0000376203
$ 002.94
JUN 27 2023

INMATE MAIL
PA DEPT OF
CORRECTIONS

Warren Easley KA1544
S.C.I. Rockview
Box A
1 Rockview Place
Bellefonte PA 16823

USMS X-RAY

RECEIVED
SCRANTON
JUN 30 2023
PER _____ DEPUTY CLERK

Pennsylvania Middle District
United States Courthouse
P.O. Box 1148
Scranton PA 18501