IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARREN EASLEY,** | : | |
| **Plaintiff** | : | |
| | : | No. 1:23-cv-01096 |
| v. | : | |
| | : | (Judge Rambo) |
| **LT. VOGT, et al.,** | : | |
| **Defendants** | : | |

# ORDER

**AND NOW**, on this 12th day of August, 2024, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 18) is **GRANTED in part**:

(1) Plaintiff's claims against Defendants Correctional Officer Richards, Nicky Paul, and Superintendent Salamon are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** these defendants as parties to this action;

(2) Plaintiff's claims for denial of access to the courts, and denial of exercise in violation of the Eighth Amendment, are **DISMISSED** in their entirety;

(3) Plaintiff's claims of retaliation in violation of the First Amendment, based on denial of access to the law library and the prison yard, **REMAIN PENDING** against Defendants Lt. Vogt, Unit Manager Miller, and Sgt. Carper;

(4) Plaintiff's request for compensatory damages is **STRICKEN**;

(5) Any intended request for preliminary injunctive relief is **DENIED as moot**, **without prejudice**;

(6) Plaintiff's request for appointment of counsel is **DENIED without prejudice**.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge